Kelvin WELLS, Plaintiff–Appellant

v.

Ann S. WILLIAMS; Gina Lidberg; Jessica Griffin; Gerleene Young; Unknown Dewitt; Cheryl Hawkins, Defendants–Appellees.

No. 07–31085
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 25, 2008.

Kelvin Wells, St. Gabriel, LA, for Plaintiff–Appellant.

Patricia Hill Wilton, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before M. SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Kelvin Wells appeals, *pro se,* the 5 November 2007 denial of his motion for reconsideration. The denial of such a motion is reviewed for abuse of discretion. *E.g., LeClerc v. Webb,* 419 F.3d 405, 412 n. 13 (5th Cir.2005) (citation omitted). In his motion, Wells was required to establish either manifest error of law or fact, or to present newly discovered evidence. *E.g., Templet v. HydroChem Inc.,* 367 F.3d 473, 479 (5th Cir.2004) (citation omitted). In-

stead, he offered nothing but a conclusory statement of his entitlement to relief.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.